ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for State Farm Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| MELODY KAYE CALHOUN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOE CLAIM ADJUSTER I through X; DOE CLAIM SUPERVISOR I through X; ROE INSURANCE COMPANY XI through XX; DOES 1 through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00379-RFB-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff MELODY KAYE CALHOUN ("Plaintiff"), by and through her counsel, BIGHORN LAW, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant") by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each

/ / /

/ / /

/ / /

party to bear their own attorney's fees and costs.

DATED this 19 day of January, 2022

BIGHORN LAW

/s/ Kimball Jones
Kimball Jones, Esq.
Nevada Bar No. 12982
3675 W. Cheyenne Ave Ste 100
North Las Vegas, NV 89032
*Attorneys for Plaintiff*
*Melody Kaye Calhoun*

DATED this 25th day of January, 2022

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Cheryl A. Grames
Robert W. Freeman, Esq.
Nevada Bar No. 3062
Cheryl A. Grames, Esq.
Nevada Bar No. 12752
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual*
*Automobile Insurance Company*

## ORDER

IT IS SO ORDERED.

Dated this 2nd day of February, 2022.

_____
RICHARD F. BOULWARE, II
**United States District Court**